# United States Court of Appeals for the Federal Circuit

2009-1054

CARL J. CONFORTI,

Plaintiff-Appellant,

v.

THE OCEAN GROUP, INC.,

Defendant-Appellee,

and

TIMEX CORPORATION,

Defendant-Appellee.

Carl M. DeFranco, Jr., Law Office of Carl M. DeFranco, of Belmont, Massachusetts, argued for plaintiff-appellant. On the brief was Brett N. Dorny, Law Office of Brett N. Dorny, of Northborough, Massachusetts.

David Lesht, Eugene M. Cummings, P.C., of Chicago, Illinois, argued for all defendants-appellees. With him on the brief for The Ocean Group, Inc. was Raymond M. Mehler, Cook Alex Ltd., of Chicago, Illinois.

Robert D. Fine, Chace Ruttenberg & Freedman, LLP, of Providence, Rhode Island for defendant-appellee Timex Corporation.

Appealed from: United States District Court for the District of Massachusetts

Judge George A. O'Toole, Jr.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1054

CARL J. CONFORTI,

Plaintiff-Appellant,

v.

THE OCEAN GROUP, INC.,

Defendant-Appellee,

and

TIMEX CORPORATION,

Defendant-Appellee.

# Judgment

ON APPEAL from the      United States District Court for the District of Massachusetts

in CASE NO(S).         06-CV-10513

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, RADER, and LINN, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED September 21, 2009      /s/ Jan Horbaly
                                    Jan Horbaly, Clerk